Mary G. **MILLIKEN**, Plaintiff—Appellant,

v.

NFN BWW; Josseph Gleaton; Ross Reid; Barnwell County Hospital; Barnwell, County of; Doctor Shamsi; Aiken Barnwell Mental Health Center, a/k/a Polly Best Mental Health Center; State of South Carolina; Stephen McLeod–Bryant; Sagar Patel; Barnwell County Sheriff's Department; Phillip Claytor, MD; Medical University of South Carolina; Probate Judge Provence; Vernieda Hill; P. Claytor; Doctor Swaney, Defendants—Appellees.

No. 07–1219.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2007.

Decided: July 24, 2007.

Mary G. Milliken, Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary G. Milliken seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on her civil complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judg-

ment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Dir., Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's judgment was entered on the docket on July 24, 2006. The notice of appeal was filed on March 13, 2007. Because Milliken failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*